In the Matter of ALEX BRESHINSKY, Petitioner, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents. In the Matter of ALEX BRESHINSKY, Petitioner, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order [in the first proceeding] appealed from reversed and application granted on the ground that the decision of Special Term is contrary to the weight of the evidence, and particularly the documentary evidence. We set aside the finding of fact made by Special Term to the effect that Sidney Moses had his domicile at 610 East 5th Street, and find that his domicile was at 158 East 7th Street and that he was not qualified to register and enroll from the East 5th Street address. Order [in the second proceeding] appealed from reversed and application granted for the reasons stated in the decision in the first proceeding and for the reason that the parties stipulated that the decision in the case of Sidney Moses [first proceeding] would control in the case of Henrietta Moses [second proceeding]. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of JOHN C. LEONFORTE, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and MANUEL PEREZ, Appellant.— Order affirmed. No opinion. All concur. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of AURELIO MAURA et al., Appellants, against SAMUEL KANTOR et al., Respondents.— Order appealed from reversed and the petition granted on the ground that the decision of Special Term is against the weight of the evidence, and particularly the documentary evidence. We set aside the finding of fact made by Special Term to the effect that Samuel Kantor had his domicile at 57 East 98th Street, and find that his domicile was at 336 West End Avenue and that he was not qualified to register and enroll from the East 98th Street address. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of AMELIA SCHIMMEL, Appellant, against BERT STAND et al., Respondents.— Order affirmed. The documentary evidence and the record sustain the decision of Special Term. All concur. Leave to appeal to the Court of Appeals granted. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of HULAN E. JACK, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and CHAUNCEY M. HOOPER, Appellant.— The orders appealed from are reversed and petitions dismissed on the ground that the weight of the evidence sustains a finding of continued valid residence by respondent-appellant Hooper in the county of New York. All concur. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.